## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| VITALYI KRIVENKO and | : | | |
| JSK FSK "MORYE", | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 17-2674 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 19, 21 |
| | : | | |
| THE RUSSIAN FEDERATION and | : | | |
| DOES 1–10, | : | | |
| | : | | |
| Defendants. | : | | |

### ORDER

#### GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS;
#### ORDERING PLAINTIFFS TO RESPOND TO MOTION TO DISMISS OR FACE DISMISSAL

On November 9, 2018, Defendant, the Russian Federation, filed a motion to dismiss Plaintiffs' complaint.  *See* ECF No. 19.  Plaintiffs' opposition to that motion was due on or before January 31, 2019.  *See* Fed. R. Civ. P. 6(a)(1), (d); LCvR 7(b); Minute Order (Nov. 26, 2018).  Two days before that deadline, however, Plaintiffs' counsel filed a motion to withdraw from the case because Plaintiffs "failed to communicate with [her], to provide necessary documentary documentation, and to pay their attorney's fees . . . ."  Mot. Withdraw at 1, ECF No. 21.  Plaintiffs' counsel claims to have notified Plaintiffs of this withdrawal.  *See* Notice to Plaintiffs, ECF No. 21-4.  Despite this purported notice, more than a month has elapsed and neither Plaintiffs, nor any counsel on their behalf, has appeared in this case, responded to the Russian Federation's motion, or otherwise objected to any of the proceedings.

The Russian Federation opposes Plaintiffs' counsel's motion, and it argues that its motion to dismiss should be treated as conceded.  *See* Russian Fed'n's Opp'n Mot. Withdraw at 1, ECF No. 23; Russian Fed'n's Reply Supp. Mot. Dismiss at 1, ECF No. 24 (citing Local Rule 7(b),

which provides that if a party fails to file a response to a motion within the prescribed time, "the Court may treat the motion as conceded").  The Court does not agree that such drastic action is necessary yet.

Instead, it is hereby **ORDERED** that Plaintiffs' counsel's motion to withdraw is *conditionally* granted.  The grant shall not become effective—and Plaintiffs' counsel may not withdraw—until Plaintiffs' counsel serves Plaintiffs with this Order.  Plaintiffs shall then have until April 8, 2019 to appear in this case, or to have new counsel appear on their behalf, and to submit an opposition to the Russian Federation's motion to dismiss.  Failure to oppose the motion may result in the Court deeming the motion to dismiss conceded, *see* LCvR 7(b), or, alternatively, dismissing this case for failure to prosecute, *see* Fed. R. Civ. P. 41(b); *Clemente v. FBI*, 867 F.3d 111, 122–23 (D.C. Cir. 2017).

**SO ORDERED**.

Dated:  March 8, 2019                                                                                  RUDOLPH CONTRERAS
                                                                                                                        United States District Judge