UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| VITALYI KRIVENKO and | : | | |
| JSK FSK "MORYE", | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 17-2674 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 26, 27, 29, 30 |
| | : | | |
| THE RUSSIAN FEDERATION and | : | | |
| DOES 1–10, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING IN PART PLAINTIFFS' EMERGENCY MOTION FOR EXTENSION OF TIME; ORDERING PLAINTIFFS TO RESPOND TO MOTION TO DISMISS OR FACE DISMISSAL

On November 9, 2018, Defendant, the Russian Federation, filed a motion to dismiss Plaintiffs' complaint.  *See* Russian Fed.'n's Mot. Dismiss, ECF No. 19.  Plaintiffs' opposition to that motion was due on or before January 31, 2019.  *See* Fed. R. Civ. P. 6(a)(1), (d); LCvR 7(b); Minute Order (Nov. 26, 2018).  Two days before that deadline, however, Plaintiffs' counsel filed a motion to withdraw from the case.  *See* Mot. Withdraw at 1, ECF No. 21.  The Russian Federation opposed Plaintiffs' motion to withdraw and urged this Court to treat Defendant's motion to dismiss as conceded.  *See* Russian Fed'n's Opp'n Mot. Withdraw at 1, ECF No. 23; Russian Fed'n's Reply Supp. Mot. Dismiss at 1, ECF No. 24.

On March 8, 2019, this Court granted Plaintiffs' counsel's motion to withdraw, conditional on Plaintiffs' counsel serving Plaintiffs with the Court's Order.  *See* Order, ECF No. 25.  Plaintiffs averred that they received notice of their counsel's withdrawal on April 4, 2019 and moved for a thirty-day extension of the Court's April 8, 2019, deadline to respond to the Russian Federation's motion to dismiss.  Emergency Mot. Extension, ECF No. 26. Plaintiffs

filed a notice of appearance and are represented by new council as of April 18, 2019, *see* ECF No. 28, and have also filed a supplemental memorandum to their motion to extend time, *see* Suppl. Mem. Supp. Mot. Extension, ECF No. 29.  The Russian Federation again opposed Plaintiffs' motion to extend as well as Plaintiffs' supplemental memorandum to its earlier motion and asked the Court to treat Defendant's motion to dismiss as conceded.  *See* Russian Fed'n's Opp'n Mot. Extension at 6, ECF No. 27 (citing Local Civil Rule 7(b), which provides that if a party fails to file a response to a motion within the prescribed time, "the Court may treat the motion as conceded"); Russian Fed'n's Opp'n Suppl. Mem., ECF No. 30.

Such a step is not yet necessary, and this Court will grant a final extension of time.  In granting this extension, the Court underscores that this is the third extension granted to Plaintiffs and that failure to meet the new deadline may result in dismissal of the suit.  The Court also notes Defendant's argument in the alternative that "both sides should receive equal amounts of total additional time, as a matter of basic fairness and due process."  *Id.*

It is hereby **ORDERED** that Plaintiffs' motion for extension of time is granted in part and that Plaintiffs shall file their opposition to Defendant's motion to dismiss by no later than June 11, 2019.  Failure to oppose the motion by this deadline may result in the Court deeming the motion to dismiss conceded, *see* LCvR 7(b), or, alternatively, dismissing this case for failure to prosecute, *see* Fed. R. Civ. P. 41(b); *Clemente v. FBI*, 867 F.3d 111, 122–23 (D.C. Cir. 2017). It is **FURTHER ORDERED** that Defendant shall file their reply by August 13, 2019.

**SO ORDERED**.

Dated:  May 28, 2019                                                                RUDOLPH CONTRERAS
                                                                                              United States District Judge