**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| VITALYI KRIVENKO and<br>JSK FSK "MORYE",<br><br>    Plaintiffs,<br><br>v.<br><br>THE RUSSIAN FEDERATION, a foreign state,<br>and DOES 1 through 10, inclusive,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Case No.: 1:17-cv-02674-RC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Vitalyi Krivenko and JSK FSK "MORYE" hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice.

Respectfully submitted,

By:   /s/ Jacob M. Lebowitz
      Jacob M. Lebowitz, Esq.
      DC Bar #483742
      3221 M St. NW
      Washington, DC 20007
      Telephone: 202-524-0123
      Facsimile: 202-810-9009
Dated: June 10, 2019      jlebowitz@poseylebowitz.com

2

**CERTIFICATE OF SERVICE**

I certify that on June 10, 2019, a copy of the foregoing was filed electronically and will be served via CM/ECF upon the Court and the following:

Carolyn B. Lamm, Esq. (D.C. Bar No. 221325)
Frank Panopoulos, Esq. (D.C. Bar No. 459365)
David P. Riesenberg, Esq. (D.C. Bar No. 1033269)
WHITE & CASE LLP
701 Thirteenth Street NW
Washington, DC 20005
Tel: 202-626-3600
Fax: 202-639-9355
clamm@whitecase.com

*Counsel for Defendants*

                                            /s/ Jacob M. Lebowitz
                                            Jacob M. Lebowitz